UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br><br>Juan Carlos Gomez<br><br>                Defendant. | Case No.: 13-0553 M<br><br>ORDER OF DETENTION<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Southern__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- PREVIOUS VIOLATIONS OF COURT ORDERS
- UNAUTHORIZED TRAVEL TO FOREIGN COUNTRY
- FOREIGN TRAVEL / FAMILY TIES (MEXICO)

1

1  and/or

2  B.    ( )    The defendant has not met his/her burden of establishing by clear and
3              convincing evidence that he/she is not likely to pose a danger to the
4              safety of any other person or the community if released under 18
5              U.S.C. § 3142(b) or (c). This finding is based on the following:

6              _____
7              _____
8              _____
9              _____

12  IT THEREFORE IS ORDERED that the defendant be detained pending the further
13  revocation proceedings.

15  Dated: 11/21/13

    HONORABLE DAVID T. BRISTOW
    United States Magistrate Judge

2